# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**VALERIE PARKER,**

        **Plaintiff,**

vs.

**DETROIT SPORTSERVICE, INC.,**

        **Defendant.**      /

**CIVIL NO. 07-14780**

**JUDGE DAVID M. LAWSON**

**MAGISTRATE JUDGE MONA J. MAJZOUB**

## ORDER STRIKING DOCUMENT

This matter comes before the Court on Plaintiff's Motions to Amend Complaint, filed 1/28/08, docket numbers 13 and 14, and Plaintiff's Motion to Amend Complaint, filed 2/5/08, docket no.19.

The Court has determined that these documents do not conform to Fed.R.Civ.P.5(d). All papers after the complaint required to be served upon a party, together with a certificate of service, must be filed with the court within a reasonable time after service.

Therefore, this order shall be placed on the docket, and the docket edited to show that these documents have been STRICKEN and deemed not a part of the record in this case.

      SO ORDERED.

Dated: February 20, 2008        s/ Mona K. Majzoub
                                            MONA K. MAJZOUB
                                            UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: February 20, 2008        s/ Lisa C. Bartlett
                                            Courtroom Deputy